## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Luis Menendez, a Special Agent of the Federal Bureau of Investigation (FBI), San Juan Division, San Juan Field Office, being duly sworn, hereby deposes and states that:

## AGENT BACKGROUND

1. Affiant is a law enforcement officer of the United States within the meaning of Title 18 United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and make arrests for offenses enumerated in Title 18, United States Code.

2. I have been a Special Agent with the Federal Bureau of Investigation (FBI) since August 28, 2023. I am currently assigned to the FBI San Juan Violent Crimes Task Force. I currently have investigative responsibility for a wide range of investigative matters, to include, but not limited to: carjackings; kidnappings; Hobbs Act robberies; bank robberies; street level violent gangs and criminal organizations operating in Puerto Rico; narcotics distribution; firearms offenses; extortion; and murder. Prior to my appointment as a Special Agent with the FBI, I served as an FBI Police Officer out of Washington D.C. for approximately two (2) years.

3. As an FBI Police Officer, I served as a first responder to any emergency and maintain access points at FBI facilities and patrol the grounds, buildings, and surrounding areas. I investigated and reported suspicious persons and activities, maintain order, protect citizens, and promote community relations. I also traveled across the country to support FBI operations and special events. Prior to FBI Police, I served as a Police Officer with the Jacksonville Sheriff's Office for approximately two (2) years.

4. As a Police Officer, I conducted law enforcement responsibilities, served as a first responder to any emergency, conducted preliminary or complete investigations, amongst many other

duties. As a Special Agent, I have received training in a variety of criminal violations to include narcotics, public corruption, money laundering and various other matters within the jurisdiction of the FBI. My experience as a Special Agent, as a direct result of my duties in drug and gang-related investigations, includes participation in surveillance, working with confidential sources, writing affidavits, and executing search warrants.

5. Affiant has personally participated in this investigation and the information in this affidavit has been learned either through personal knowledge or by discussions with other law enforcement personnel familiar with the facts of this case.

6. This affidavit is made in support of a criminal complaint charging Jean Paul Cotto Rosario, with violation of Title 18, <u>United States Code</u>, Sections 2119(1) (Carjacking). Because of this affidavit's limited purpose of establishing probable cause, it does not contain all of the facts known to Affiant or other law enforcement officers about the investigation, but only those necessary to sustain a probable cause determination.

## **FACTS IN SUPPORT OF PROBABLE CAUSE**

7. On April 22, 2025, a victim of initials "FJFG" (henceforth Victim) was at Walmart located in Escorial Carolina when he received a call from his girlfriend on his cellphone. The Victim drove his vehicle, a 2012 Ford Focus (red in color with a PR state license plate of IKO-711), to his girlfriend's housing complex located at Valles Del Sol, Bayamon, Puerto Rico at approximately 12:47 AM. The Victim was talking on the cellphone while he was inside his Ford Focus waiting for his girlfriend to get home.

8. Victim was inside his Ford Focus which was parked in front of a store near the housing complex. There was an unknown individual, later identified as **Jean Paul Cotto Rosario**, sitting under a tarp near the store. Cotto Rosario got up, approached the Ford

Focus and attempted to open the driver side door. The Victim had the door locks engaged but Cotto Rosario tapped on the driver window with a pistol type firearm. Cotto Rosario ordered the Victim to exit the vehicle and to leave it on. The Victim exited the Ford Focus while Cotto Rosario aimed the firearm at him. Cotto Rosario entered the Ford Focus on the driver seat and drove off at a high rate of speed. The carjacking was immediately reported to the police

9. Police of Puerto Rico (POPR) agents located the stolen Ford Focus shortly after it was reported carjacked on April 22, 2025. The stolen Ford Focus was observed on Pineiro Avenue in San Juan, Puerto Rico driving in the direction of Rio Piedras, Puerto Rico. The stolen Ford Focus was driving without any headlights on and passed by a POPR marked unit. The POPR unit activated its emergency lights and sirens to initiate a vehicle stop. The stolen Ford Focus accelerated, and a pursuit ensued. The stolen Ford Focus then took the Las Americas Express exit lane and continued until reaching the *Centro Comprensivo de Cancer* exit where it lost control and crashed.

10. Upon the stolen Ford Focus crashing, POPR Agents issued orders for the driver to exit the vehicle. The driver was identified as **Jean Paul Cotto Rosario**, who exited the stolen Ford Focus (red in color with a PR state license plate of IKO-711). Upon Cotto Rosario exiting the vehicle, POPR Agents observed he had a firearm in his hands. Cotto Rosario followed commands, released the firearm and stopped moving. POPR Agents were able to arrest Cotto Rosario without further incident.

11. The recovered firearm that was in the possession of Cotto Rosario is a reported stolen POPR Cadets personal weapon.

12. On April 22, 2025, at approximately 2 PM, POPR conducted a photographic line-up and presented it to the Victim of the carjacking. The Victim positively identified **Jean Paul**

**Cotto Rosario** as the person who held him at gunpoint and took his 2012 Ford Focus (red in color with a PR state license plate of IKO-711).

13. Based on my training and experience, I know that Ford vehicles are not manufactured in Puerto Rico; therefore, the Ford Focus taken from the Victim was transported or shipped in interstate or foreign commerce.

14. Based on the above facts, the undersigned affiant believes there is probable cause to charge **Jean Paul Cotto Rosario** with violating the following Federal laws, to wit: Title 18, United States Code, Section 2119(1) (Carjacking).

I hereby declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

_____
Luis Menendez, Special Agent
Federal Bureau of Investigation

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone in San Juan, Puerto Rico, on _April 22, 2025 at 8:28PM_.

_____
Marcos E. López
United States Magistrate Judge